UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DANA VALENTINO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 11-CV-609 |
| ) | |
| ) | |
| TRAILS CAROLINA, LLC, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant, Trails Carolina, LLC, by its attorneys, and herewith file their Corporate Disclosure Statement.

Is either party a parent, subsidiary, or other affiliate of a publicly owned corporation?

\_\_\_\_\_ Yes          __X__ No.

Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

\_\_\_\_\_ Yes          __X__ No.

Respectfully submitted,

/s/ Margaret Behringer Maloney
Margaret Behringer Maloney, N.C. Bar No. 13253
Tamara L. Huckert, N.C. Bar No. 35348
1824 East Seventh Street
Charlotte, NC 28204
mmaloney@maloneylegal.com
thuckert@maloneylegal.com
Telephone: (704) 632-1622
Facsimile: (704) 632-1623

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, which will send the notice of electronic filing to the following:

> Mr. Robert C. Carpenter
> 72 Patton Avenue
> Asheville, NC 28801
> Phone: (828) 252-7381
> Fax: (828) 252-5018
> *Attorneys for Plaintiff*

This the 1st day of December, 2011.

> /s/ Margaret Behringer Maloney
> Margaret B. Maloney

MALONEY LAW & ASSOCIATES, PLLC
1824 East 7th Street
Charlotte, NC 28204
Telephone: (704) 632-1622
Facsimile: (704) 632-1623