GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
TRANSYLVANIA COUNTY, NORTH CAROLINA
Case No.: 11-CVS-551

| | | |
|---|---|---|
| **DANA VALENTINO,** | ) | |
| | ) | **CONSENT MOTION FOR** |
| Plaintiff, | ) | **ORDER TO REMAND, NOTICE** |
| | ) | **OF WITHDRAWAL OF** |
| v. | ) | **REQUEST FOR ATTORNEY'S** |
| | ) | **FEES, AND NOTICE OF** |
| **TRAILS CAROLINA, LLC,** | ) | **WITHDRAWAL OF MOTION** |
| | ) | **FOR ENTRY OF DEFAULT** |
| | ) | |
| Defendant. | ) | |

NOW COMES, Plaintiff Dana Valentino ("Plaintiff") and Defendant Trails Carolina, LLC ("Defendant"), by and through their respective counsel, and hereby stipulate and request that the Court, pursuant to 28 U.S.C. 1447(c), enter a consent order to remand the above-captioned case back to Transylvania County, North Carolina, case number 11-CVS-551.

Further, the Plaintiff hereby gives notice of his withdrawal of his request for attorney fees in bringing the Motion for Remand and additionally his withdrawal of his Motion for Entry of Default against Defendant.

**AGREED AND CONSENTED TO** this 22nd day of December, 2011.

| | |
|---|---|
| **ADAMS HENDON CARSON CROW & SAENGER, P.A.** | **MALONEY LAW & ASSOCIATES, PLLC** |
| | |
| /s/ Robert C. Carpenter | /s/ Margaret Behringer Maloney |
| Robert C. Carpenter | Margaret Behringer Maloney, N.C. Bar No. 13253 |
| N.C. Bar No. 36672 | Tamara L. Huckert, N.C. Bar No. 35348 |
| 72 Patton Avenue | 1824 East Seventh Street |
| Asheville, NC 28801 | Charlotte, NC 28204 |
| bocarpenter@adamsfirm.com | mmaloney@maloneylegal.com |
| Telephone: 828-252-7381 | thuckert@maloneylegal.com |
| Facsimile: 828-252-5018 | Telephone: 704-632-1622 |
| *Attorney for Plaintiff* | Facsimile: 704-632-1623 |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, **CONSENT MOTION FOR ORDER TO REMAND, NOTICE OF WITHDRAWAL OF REQUEST FOR ATTORNEY'S FEES, AND NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF DEFAULT** was served upon the following using the CM/ECF system, which will send notification of such filing to the following individuals:

> Mr. Robert C. Carpenter
> ADAMS HENDON CARSON CROW
> & SAENGER, P.A.
> 72 Patton Avenue
> Asheville, NC 28801
> bocarpenter@adamsfirm.com
> Phone: (828) 252-7381
> Fax: (828) 252-5018
> *Attorney for Plaintiff*

This the 22nd day of December, 2011.

> /s Margaret Behringer Maloney_____
> Margaret Behringer Maloney

**MALONEY LAW & ASSOCIATES, PLLC**
1824 East Seventh Street
Charlotte, NC 28204
Telephone: (704) 632-1622
Facsimile: (704) 632-1623