THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv320

| | |
|---|---|
| DANA VALENTINO, ) ) Plaintiff, ) ) vs. ) ) TRAILS CAROLINA, LLC, ) ) Defendant. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Consent Motion for Order to Remand, Notice of Withdrawal of Request for Attorney's Fees, and Notice of Withdrawal of Motion for Entry of Default [Doc. 6].

For the reasons stated in the Plaintiff's Motion, and in light of the Defendant's consent thereto,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Remand [Doc. 6] is **GRANTED**, and this civil action is hereby **REMANDED** to the Superior Court for Transylvania County, North Carolina.

**IT IS SO ORDERED**.

Signed: December 28, 2011

Martin Reidinger
United States District Judge