**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:11cv320**

| | | |
|---|---|---|
| **DANA VALENTINO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **TRAILS CAROLINA, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Plaintiff's Consent Motion for Order to Remand, Notice of Withdrawal of Request for Attorney's Fees, and Notice of Withdrawal of Motion for Entry of Default [Doc. 6].

For the reasons stated in the Plaintiff's Motion, and in light of the Defendant's consent thereto,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Remand [Doc. 6] is **GRANTED**, and this civil action is hereby **REMANDED** to the Superior Court for Transylvania County, North Carolina.

**IT IS SO ORDERED**.

Signed: December 28, 2011

Martin Reidinger
United States District Judge